## Lehigh Navigation Coal Company's Appeal.

Argued February 5, 1935. Before FRAZER, C. J., SIMPSON, SCHAFFER, MAXEY, DREW and LINN, JJ.

*M. A. Kilker, Cyril Kilker* and *G. H. Kaercher,* for appellant.

*Ralph M. Bashore,* for respondents.

PER CURIAM, March 25, 1935:

Upon full consideration of the facts and circumstances presented by the record in this appeal, we are unable to say the lower court abused its discretion in refusing to further surcharge appellees.

Decree affirmed and appeal dismissed at costs of appellant.